

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-13-00614-CV

Kathryne **VAUSE**,
Appellant

v.

**LIBERTY INSURANCE CORPORATION** and Justin A. Smith,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-2231-CV
William Old, Judge Presiding

# O R D E R

Appellant's reply brief is due on July 7, 2014. *See* Tex. R. App. P. 38.6(c). On July 1, 2014, Appellant filed an unopposed first motion for extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is due to be filed no later than August 14, 2014. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court